Opinion issued August 31, 2009 














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00624-CR

____________


DEREJE WOLDEGIORGISE, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 230th District Court

Harris County, Texas

Trial Court Cause No. 1118893






MEMORANDUM OPINION

 On August 26, 2009, appellant Dereje Woldegiorgise filed a motion to dismiss
the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Higley, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).